UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| | ) | |
| **JOSEPH ARCHIE SOLARI** | ) | Case No. 12-01992 |
| | ) | |
| **Debtor.** | ) | Honorable Jack B. Schmetterer |

**FIRST AND FINAL APPLICATION FOR ALLOWANCE OF
COMPENSATION FOR QUARLES & BRADY LLP,
ATTORNEYS FOR PHILIP V. MARTINO, TRUSTEE FOR THE
BANKRUPTCY ESTATE OF JOSEPH ARCHIE SOLARI**

Trustee, Philip V. Martino, pursuant to Section 330 of the United States Bankruptcy Code, requests this Court to enter an order authorizing payment by Trustee to Quarles & Brady LLP ("**Q&B**"), attorneys for Trustee, of compensation of $1,552.50 for 4.8 hours of legal services rendered to Trustee (including 1 hour of estimated time to prepare this Application and attend the hearing on same) and actual and necessary costs in the amount of $8.02 from March 7, 2012, to the present.

In support of this Final Application, Trustee states as follows:

**I.  COMMENCEMENT OF PROCEEDING**

1. January 20, 2012, Debtors filed a chapter 7 petition to initiate the above-captioned bankruptcy case and Philip V. Martino was appointed Trustee for this bankruptcy.

2. The 341 meeting was held on March 7, 2012.

3. On March 8, 2012, Trustee entered his Initial Report of Assets.

4. On March 20, 2012, this Court entered an Order granting the application to employ Q&B retroactive to March 7, 2012.

5. Debtor's schedule B reflected a 2007 Acura MDX (the "**Vehicle**") with a scheduled value of $24,825.00, subject to Debtor's $4,400.00 claimed exemption in the Vehicle.

6.      On March 20, 2012, this Court entered an Order granting Trustee's motion to sell the bankruptcy estate's interest in the Vehicle to CarMax for $24,000.00. After deducting Debtor's claimed exemption in the Vehicle, the bankruptcy estate received $19,600.00.

7.      All professional services for which compensation is requested herein were performed by Q&B and on behalf of the Trustee and not for or on behalf of any creditor or any other person. Trustee separately accounts for his services as trustee herein, and does not request interim compensation for those services at this time.

### NATURE OF LEGAL SERVICES PERFORMED BY QUARLES & BRADY LLP

8.      Q&B has served as counsel for the Trustee at all times in these proceedings since its appointment on March 20, 2012, retroactive to March 7, 2012. Q&B has devoted its time to legal matters in this case, including the following:

### A. EMPLOYMENT OF PROFESSIONAL PERSONS

9.      Q&B prepared, drafted the motion and obtained court approval to retain Q&B as Trustee's General Counsel  Q&B also prepared the instant request for payment. In connection with the retention and request for payment, Q&B expended 2.20 hours (including 1 hour of estimated time to prepare and finalize this fee application and attend court regarding same) for which it requests compensation of $790.00. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(1).** The general breakdown of services rendered in this category is as follows:

2

QB\17212585.1

| NAME | HOURS |
|---|---|
| Philip V. Martino | 1.0 |
| Sarah K. Baker | .2 |
| Colleen A. Greer | 1.0 |

## B. ASSETS

10. In connection with assets for this bankruptcy estate, Q&B prepared the motion and attended the hearing for approval of the sale of Vehicle to CarMax for $24,000.00.

11. In connection with the liquidation of assets, Q&B expended 2.60 hours for which it requests compensation of $762.50. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(2).** The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|---|---|
| Philip V. Martino | .1 |
| Sarah K. Baker | 1.8 |
| Colleen A. Greer | .7 |

## II. STATEMENT OF LEGAL SERVICES AND EXPENSES

12. Since March 7, 2012, Q&B has devoted 4.8 hours (including 1 hour of estimated time) to represent the Trustee, and has provided this estate with actual and necessary legal services worth $1,552.50

13. During the time of representing Trustee, Q&B expended $8.02 in delivery charges. Q&B respectfully requests to be compensated for these reasonable and necessary costs. Attached as **Exhibit B** is a breakdown of the costs.

14. Attached as **Exhibit C** is a biographical sketch (including billing rates) of the Q&B personnel who performed services on this matter during the term of this Application.

15. Attached as **Exhibit D** is Philip Martino's affidavit in support of the Application.

**WHEREFORE**, Trustee requests the entry of an order:

3

QB\17212585.1

  A. Authorizing payment to Q&B compensation in this bankruptcy proceeding in the amount of $1,552.50 for actual, necessary and valuable professional services rendered;

  B. Authorizing reimbursement of $8.02 in reasonable and necessary costs incurred in the administration of this case; and

  B. For such other and further relief as this Court may deem equitable and just.

          Respectfully submitted,

          By: /s/Philip V. Martino
            Trustee
          Philip V. Martino
          Sarah K. Baker
          QUARLES & BRADY LLP
          300 North LaSalle Street, Suite 4000
          Chicago, IL  60654
          (312) 715-5000



INVOICE SUMMARY

| | |
|---|---|
| 101 East Kennedy Boulevard<br>Suite 3400<br>Tampa, FL 33602-5195<br>Tel. 414.277.5000<br>Fax 414.271.3552<br>www.quarles.com | Attorneys at Law in:<br>Chicago, Illinois<br>Milwaukee and Madison, Wisconsin<br>Naples and Tampa, Florida<br>Phoenix and Tucson, Arizona<br>Washington, DC |

Tax ID No. 39-0432630

Invoice Number: 1771716
Invoice Date: August 08, 2012

Privileged & Confidential

Quarles & Brady LLP
Suite 4000
300 North LaSalle Street
Chicago, IL 60654

For Professional Services Rendered Through July 31, 2012
Re: Professional Retention Chapter 7 Bankruptcy
Q & B Matter Number: 146959.00003

| | | |
|---|---|---|
| Current Fees: | $ | 240.00 |
| Current Total Due: | $ | 240.00 |
| **TOTAL AMOUNT DUE:** | **$** | **240.00** |

EXHIBIT A(1)

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Trustee for Joseph A Solari Chapter 7 Bankruptcy  
RE: Professional Retention Chapter 7 Bankruptcy  
Q & B Matter Number: 146959.00003

August 08, 2012  
Invoice Number: 1771716  
Page 2

| Date | Description | Professional | Hours |
|---|---|---|---|
| 03/08/12 | Prepare draft motion to retain Q&B as Trustee's counsel (.5). | CGREER | 0.50 |
| 03/19/12 | Review motion to retain counsel. | SBAKER | 0.20 |
| 06/19/12 | Prepare draft application for fees for Q&B (.5). | CGREER | 0.50 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| SBAKER | Sarah K. Baker | 0.20 | 325.00 | 65.00 |
| CGREER | Colleen A. Greer | 1.00 | 175.00 | 175.00 |
| Total | | 1.20 | | 240.00 |

Total Fees:    $    240.00



| | | |
|---|---|---|
| | 101 East Kennedy Boulevard<br>Suite 3400<br>Tampa, FL 33602-5195<br>Tel. 414.277.5000<br>Fax 414.271.3552<br>www.quarles.com | Attorneys at Law in:<br>Chicago, Illinois<br>Milwaukee and Madison, Wisconsin<br>Naples and Tampa, Florida<br>Phoenix and Tucson, Arizona<br>Washington, DC |

INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number:    1778630
Invoice Date:    August 08, 2012

Privileged & Confidential

Quarles & Brady LLP
Suite 4000
300 North LaSalle Street
Chicago, IL 60654

For Professional Services Rendered Through July 31, 2012
Re: Assets Chapter 7 Bankruptcy
Q & B Matter Number: 146959.00005

| | | |
|---|---|---|
| Current Fees: | $ | 762.50 |
| Current Total Due: | $ | 762.50 |
| **TOTAL AMOUNT DUE:** | **$** | **762.50** |

EXHIBIT A(2)

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Trustee for Joseph A Solari Chapter 7 Bankruptcy
RE: Assets Chapter 7 Bankruptcy
Q & B Matter Number: 146959.00005

August 08, 2012
Invoice Number: 1778630
Page 2

| Date | Description | Professional | Hours |
|---|---|---|---|
| 03/08/12 | Prepare draft of motion to sell automobile to CarMax (.5). | CGREER | 0.50 |
| 03/09/12 | Edits to motion to sell vehicle to shorten notice (.2). | CGREER | 0.20 |
| 03/12/12 | Meet with C. Greer regarding service of motion to sell car. | SBAKER | 0.20 |
| 03/19/12 | Review motion to sell vehicle. | SBAKER | 0.40 |
| 03/20/12 | Attend hearings regarding retention of counsel and sale of vehicle. | SBAKER | 0.90 |
| 03/22/12 | Telephone call with J. Solari regarding sale of vehicle. | SBAKER | 0.10 |
| 03/22/12 | Telephone call with L. Nachinson of CarMax regarding sale of vehicle. | SBAKER | 0.20 |
| 04/04/12 | Review and revise report of sale (.1). | PMARTINO | 0.10 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| PMARTINO | Philip V. Martino | 0.10 | 550.00 | 55.00 |
| SBAKER | Sarah K. Baker | 1.80 | 325.00 | 585.00 |
| CGREER | Colleen A. Greer | 0.70 | 175.00 | 122.50 |
| Total | | 2.60 | | 762.50 |

Total Fees:                    $    762.50



INVOICE SUMMARY

101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

Tax ID No. 39-0432630

Invoice Number:   1778629
Invoice Date:     September 10, 2012

Privileged & Confidential

Quarles & Brady LLP
Suite 4000
300 North LaSalle Street
Chicago, IL 60654

For Professional Services Rendered Through August 31, 2012
Re: General - for Costs and Non-specific Work Chapter 7 Bankruptcy
Q & B Matter Number: 146959.00006

| | | |
|---|---|---:|
| Current Disbursements: | $ | 8.02 |
| Current Total Due: | $ | 8.02 |
| **TOTAL AMOUNT DUE:** | **$** | **8.02** |

EXHIBIT B

**INVOICE IS PAYABLE UPON RECEIPT**

| | | | |
|---|---|---|---|
| Philip V. Martino as Trustee for Joseph A Solari Chapter 7 Bankruptcy | | September 10, 2012 | |
| RE: General - for Costs and Non-specific Work Chapter 7 Bankruptcy | | Invoice Number: 1778629 | |
| Q & B Matter Number: 146959.00006 | | Page 2 | |

**DISBURSEMENTS:**

| | | | |
|---|---|---|---|
| 04/19/12 | United Parcel Service of America Inc Delivery to Business Office 4/3/12 | $ | 8.02 |
| | Total Disbursements: | $ | 8.02 |
| | Total Fees and Disbursements: | $ | 8.02 |

## BIOGRAPHICAL INFORMATION

**Philip V. Martino** is a partner at Quarles & Brady. He graduated from the American University, Washington, D.C. (B.S.B.A. 1979), and the Syracuse College of Law (J.D., *magna cum laude*, 1982). Mr. Martino's hourly billing rate through 2011 was $525.00 and his hourly billing rate for fiscal year 2012 is $550.00.

**Sarah K. Baker** is an associate in the Q&B bankruptcy group in Chicago. She received her B.A. from the University of Illinois in 2002, and her J.D. from William and Mary School of Law in 2006. Ms. Baker is a member of the Pennsylvania and Illinois bars. Her fiscal year 2012 hourly billing rate is $325.00.

**Colleen A. Greer** is a legal project assistant. Ms. Greer graduated from Northern Michigan University (B.S., *magna cum laude*, 1981), and has worked with Mr. Martino on trustee matters for about 19 years. Her hourly billing rate is $175.00.

EXHIBIT C

**STATE OF ILLINOIS** )
) SS
**COUNTY OF COOK** )

I, Philip V. Martino, on oath, state as follows:

1. I am partner with the law firm of Quarles & Brady LLP ("**Q&B**") and I am the trustee for the above referenced Debtor.

2. This affidavit is submitted in support of the First and Final Application for Allowance of Compensation for Q&B (the "**Application**").

3. In the ordinary course of Q&B's business, the attorneys and paralegals rendering services for a client prepare timesheets at or about the time the services are rendered, which timesheets list the client, matter number, a description of the services rendered and the time spent on such services.

4. In the ordinary course of Q&B's business, the information on the timesheets is optically scanned and entered into Q&B's computer system.

5. In the ordinary course of Q&B's business, a pro forma is generated at the end of each month for each client, which is forwarded to the billing partner for his or her review.

6. In the ordinary course of Q&B's business, the billing partner reviews the pro forma.

7. In the ordinary course of Q&B's business, a bill is prepared by computer and sent to the client.

8. I have segregated the amount of time expended as Trustee from the amount of time I have expended acting as an attorney in this case.

9. I personally reviewed the pro formas for this estate each month and am familiar with Q&B's efforts in connection with the instant bankruptcy proceeding.

QB\17212585.1                                             EXHIBIT D

10. I have reviewed Exhibits A and B to the Application, and they are based upon documents as aforesaid, which are made in the ordinary course of Q&B's business and it is part of the ordinary course of Q&B's business to prepare such documents.

11. To the best of my knowledge, the information set forth on Exhibits A, B, C and D and their subparts is true and correct.

/s/ Philip V. Martino
Philip V. Martino

I DECLARE UNDER PENALTY OF PERJURY
THAT THE FOREGOING IS TRUE AND CORRECT.