JACK B. SCHMETTERER
## UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re:                              §
                                    §
SOLARI, JOSEPH ARCHIE               §     Case No. 12-01992
                                    §
         Debtor(s)                  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   CLERK OF THE BANKRUPTCY COURT
   219 SOUTH DEARBORN STREET, ROOM 713
   CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 11/29/2012 in Courtroom 682,
   United States Courthouse
   219 South Dearborn
   Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/19/2012              By: Clerk of the Bankruptcy Court
                                         Clerk of the Bankruptcy Court

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
SOLARI, JOSEPH ARCHIE § Case No. 12-01992
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 24,000.00 |
| and approved disbursements of | $ | 4,400.00 |
| leaving a balance on hand of[1] | $ | 19,600.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $ 2,710.00 | $ 0.00 | $ 2,710.00 |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ 1,642.50 | $ 0.00 | $ 1,642.50 |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $ 8.02 | $ 0.00 | $ 8.02 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 4,360.52 |
| Remaining Balance | $ 15,239.48 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 983,237.50  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  1.6  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | West Suburban Bank | $        900,664.69 | $                 0.00 | $          13,959.66 |
| 000002 | FIA CARD SERVICES NA as successor in interest to | $          34,363.16 | $                 0.00 | $               532.60 |
| 000003 | American Express Bank, FSB | $            8,289.67 | $                 0.00 | $               128.48 |
| 000004 | PHARIA L.L.C. | $            1,044.98 | $                 0.00 | $                 16.20 |
| 7000005 | Environmental Water Solutions, Inc | $            2,022.70 | $                 0.00 | $                 31.36 |
| 000006 | Nicor Gas | $               274.29 | $                 0.00 | $                   4.25 |
| 000007 | De Lage Landen Financial Services | $          36,578.01 | $                 0.00 | $               566.93 |

|  |  |  |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 15,239.48 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Philip V. Martino
Trustee

PHILIP V. MARTINO
300 NORTH LASALLE STREET
SUITE 4000
CHICAGO, IL 60654

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                                    Case No. 12-01992-JBS
Joseph Archie Solari                                                                      Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: mmyers                    Page 1 of 4                   Date Rcvd: Oct 19, 2012
                                Form ID: pdf006                 Total Noticed: 135

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2012.
```
db            +Joseph Archie Solari,    118 Ashland Ave.,    River Forest, IL 60305-2106
18385825      +AMS Mechanical Systems,    140 E. Tower Dr.,    Burr Ridge, IL 60527-5784
18385816      +Access One,   820 West Jackson Blvd., 6th Floor,    Chicago, IL 60607-3057
18385817      +Addison Electric,    502 Factory Road,    Addison, IL 60101-4411
18385818      +Addison Engraving,    204 W. Ridge Road,    Villa Park, IL 60181-1515
18385819      +Allied Waste,   5050 W. Lake St.,    Melrose Park, IL 60160-2767
18385820      +Alois Box,   2000 Manheim Rd,    Melrose Park, IL 60160-1092
18385821      +American Express,    American Express Special Research,    PO Box 981540,    El Paso, TX 79998-1540
18741871       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18385823      +American Precision Supply,    260 Industrial Dr.,    Hampshire, IL 60140-7900
18385824      +Americare Hygiene,    225 Laura Drive, Unit A,    Addison, IL 60101-5017
18385832      +BPH Pump and Equipment,    PO Box 755,    McHenry, IL 60051-9012
18385828      +Barclays Bank Delaware,    Attention: Bankruptcy,    PO Box 8801,    Wilmington, DE 19899-8801
18385829       Becker Equipment,    83000 N. Gilmore Road,    Hamilton, OH 45015
18385830      +Beyond Components,    5 Carl Thompson Road,    Westford, MA 01886-1560
18385831      +Bob Jenson Snow Plowing,    PO Box 791,    Wood Dale, IL 60191-0791
18385833      +Bradley Supply Company,    PO Box 29096,    Chicago, IL 60629-0096
18385834      +Burkert Fluid Control Systems,    2572 White Road,    Irvine, CA 92614-6236
18385835      +Bushnell Incorporated,    2110 Oxford Road,    Des Plaines, IL 60018-1920
18385849      +CSA International,    PO Box 66512,    Chicago, IL 60666-0512
18385836      +Cal Lab,   17035 Westview Ave,    South Holland, IL 60473-2766
18385837      +Canon Business Solutions,    300 Commerce Square Blvd.,    Burlington, NJ 08016-1270
18385838      +Chase,   PO Box 15298,    Wilmington, DE 19850-5298
18385840     #+Chicago Wilcox,    16928 State Street,    South Holland, IL 60473-2841
18385841      +Cisco Systems Capital,    PO Box 41602,    Philadelphia, PA 19101-1602
18385842      +Cole Parmer Instruments,    13927 Collections Center Dr.,    Chicago, IL 60693-0139
18385843      +Columbia Pipe,    23671 Network Place,    Chicago, IL 60673-1236
18385845     #+Cooper Crouse Hinds,    4300 Fortune Place, Suite A,    Melbourne, FL 32904-1527
18385846      +Corkill Insurance,    1699 Wall Street Suite 725,    Mount Prospect, IL 60056-5787
18385847      +Corrosion Fluid Products,    1280 Lakeview Drive,    Romeoville, IL 60446-3901
18385848      +Cresent Electric Supply,    PO Box 500,    East Dubuque, IL 61025-4418
18385850      +Custom Tag Service,    5727 Lost Brook Court,    Saint Louis, MO 63129-2927
18385851      +D&J Metalcraft,    4451 N. Ravenswood Ave,,    Chicago, IL 60640-5802
18385852     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services,     Attn: Bankruptcy Dept.,    PO Box 81577,
                 Austin, TX 78708)
18997111      +De Lage Landen Financial Services,    dba Cisco Capital,    1111 Old Eagle School Road,
                 Wayne, PA 19087-1453
18385853       Delta Equipment,    2400 Wyecroft Road, Unit #4,    Oakville, Ontario, Canada L6L6M8
18385854       Design Tanks,    612 W. Walnut Street,    Sioux Falls, SD 57104
18385855      +Designed View Corporation,    PO Box 3354,    Saint Charles, IL 60174-9094
18385857      +Drydon Equipment Co.,    2445 Westfield Drive, Suite 100,    Elgin, IL 60124-7840
18385862      +EMCO Flow Systems,    2150 Miller Drive,    Longmont, CO 80501-6796
18385866      +EWS Welding Supply,    1161 McCabe,    Elk Grove Village, IL 60007-4819
18385858      +Edward F. Hoffman,    232 James Lane,    Naperville, IL 60540-5617
18385859      +Edward Hoffman,    232 James Lane,    Naperville, IL 60540-5617
18385860      +Elan Engineering Corp,    PO Box 486,    Hinsdale, IL 60522-0486
18385861      +Electrical Control Distributor,    740 Industrial Drive, Suite A,    Cary, IL 60013-3373
18385863     #+Englewood Electrical Supply,    41 N. Lively Blvd.,    Elk Grove Village, IL 60007-1320
18385864      +Environmental Water Solutions,    1162 East Dominguez St.,    Carson, CA 90746-3518
18859597      +Environmental Water Solutions, Inc,    Rita Rizor,    1162 E Dominguez Street,
                 Carson, CA 90746-3518
18385865      +Equip Solutions,    1364 Hamilton Parkway,    Itasca, IL 60143-1144
18702658     +++FIA CARD SERVICES NA as successor in interest to,    Bank of America NA (USA) and MBNA,
                 PO Box 15102,    Wilmington, DE 19886-5102
18385867      +Fedex,   PO Box 94515,    Palatine, IL 60094-4515
18385868      +Fedex Freight,    PO Box 10306,    Palatine, IL 60055-0001
18385869      +Fibox,   810 Cromwell Park Drive, Suite R,    Glen Burnie, MD 21061-2562
18385870      +Flynn Metering,    4115 Tonya Trail,    Hamilton, OH 45011-8535
18385871      +Force Flow,    2430 Stanwell Drive,    Concord, CA 94520-4847
18385872      +GE Mathis,    6100 S. Oak Park Ave.,    Chicago, IL 60638-4095
18385873      +GE Water Process,    4636 Somerton Road,    Feasterville Trevose, PA 19053-6742
18385875      +Groquip,   PO Box 223252,    Pittsburgh, PA 15251-2252
18385876      +Grundfos Pumps,    3215 Solutions Center,    Chicago, IL 60677-3002
18385877      +Habonim Pumps,    20 Romanelli Avenue South,    South Hackensack, NJ 07606-1315
18385878      +Hapman Conveyors,    PO Box 2321,    Kalamazoo, MI 49003-2321
18385879      +Henry Glick,    2623 A.W. Emerald Court,    McHenry, IL 60051-9346
18385880       Home Depot Credit Services,    PO Box 653000,    Dallas, TX 75265-3000
18385881      +Hyundai Motor Finance,    Attn: Bankruptcy,    PO Box 20809,    Fountain Valley, CA 92728-0809
18385882      +IFM Effector,    PO Box 8538-307,    Philadelphia, PA 19171-0001
18385883      +ILL Process Equipment,    821-A Albion Ave.,    Schaumburg, IL 60193-4522
18385885      +Instruments Associates,    PO Box 95169,    Palatine, IL 60095-0169
18385886      +KB Logistics,    PO Box 5026,    Woodridge, IL 60517-0026
18385887      +Kenco Engineering,    10001 E. 54th Street,    Tulsa, OK 74146-5720
18385888      +Kobold Instruments,    1801 Parkway View Drive,    Pittsburgh, PA 15205-1422
```

```
District/off: 0752-1           User: mmyers                Page 2 of 4                  Date Rcvd: Oct 19, 2012
                               Form ID: pdf006             Total Noticed: 135

18385889     +Kodiak Controls,    950 N. DuPage Ave,    Lombard, IL 60148-1243
18385890     +Koflo Corp,    309 Cary Point Drive,    Cary, IL 60013-2901
18385891      Lake Process Systems,    72930 W. Commercial Avenue,    Barrington, IL 60010
18385892     +Lesman Instrument Corp,     135 Bernice Drive,    Bensenville, IL 60106-3366
18385893     +Liquiflo Equipment Co.,     443 North Ave,    Garwood, NJ 07027-1091
18385894    #+M&R Electronic Systems,     408 Campus Drive,    Arlington Heights, IL 60004-1406
18385895     +Machinex Corp,    225 James St.,    Bensenville, IL 60106-3382
18385896     +Maher Lumber,    301 West Irving Park Road,    Wood Dale, IL 60191-1388
18385897     +McMaster Carr,    PO Box 7690,    Chicago, IL 60680-7690
18385898     +Mechanical Inc,    225 Fencl Lane,    Hillside, IL 60162-2001
18385899     +Misco Southwest,    27101 Burbank, Suite B,    Foothill Ranch, CA 92610-2510
18385900     +Mistras,   PO Box 405604,    Atlanta, GA 30384-5604
18385901     +Moore Industries,    16650 Schoenborn,    North Hills, CA 91343-6196
18385902     +Mullarkey & Associates,     PO Box 87618,    Chicago, IL 60680-0618
18385903     +Neptune Chemical Pump Co,     295 DeKalb Pike,    North Wales, PA 19454-1806
18385904     +Netzch Mohnopompen,    c/o Saul Ewing LLP,    2 North Second St., 7th Floor,
                Harrisburg, PA 17101-1619
18385905     +Newark Electronics,    PO Box 94151,    Palatine, IL 60094-4151
18385906     +Newtek Data Systems,    1845 Hicks Road,    Rolling Meadows, IL 60008-1269
18385907     +Nicholas Solano DBA Vine Consulting,     4255 Evergreen Drive,    Lisle, IL 60532-0001
18385909     +Norcomm Public Utility,     PO Box 1406,    Elmhurst, IL 60126-8406
18385911     +Omega Engineering,    One Omega Drive,    Stamford, CT 06907-2336
18385912     +Onyx Valve Co,    835 Industrial Highway, Unit 4,    Riverton, NJ 08077-1929
18385913     +Palatine Welding,    3848 Berdnick,    Rolling Meadows, IL 60008-1003
18385914     +Pepperl & Fuchs,    PO Box 1463,    New York, NY 10101-1463
18385915     +Peters & Associates,    1801 S. Meyers Road,    Oak Brook Terrace, IL 60181-5264
18385916    #+Porter Pipe & Supply,     303 S. Rohlwing Road,    Addison, IL 60101-3029
18385917     +Premier Propane,    1051 N. Main Street, Suite D,    Lombard, IL 60148-1350
18385918      Primary Fluid Systems,    1050 Cooke Blvd,    Burlington, ON, Canada L7T4A8
18385919     +Process Kana,    PO Box 94,    Murrysville, PA 15668-0094
18385920     +Pump Supply,    860 Church Road,    Elgin, IL 60123-9344
18385921     +Quality Lift Truck,    580 Vista Ave,    Addison, IL 60101-4423
18385923     +RJ Drews Company,    1431 East Algonquin,    Arlington Heights, IL 60005-4715
18385922     +Ralph Okrie,    4504 Blackhawk Lane,    Lisle, IL 60532-1560
18385924     +Robert James Sales,    PO Box 7999,    Buffalo, NY 14225-7999
18385925     +Rohrback Cosasco,    11841 Smith Avenue,    Santa Fe Springs, CA 90670-3226
18385926     +Rose Industrial,    520 Bonnie Lane,    Elk Grove Village, IL 60007-1910
18385927     +Siemens,   1901 W. Garden Road,    Vineland, NJ 08360-1530
18385928     +Siemens Industry Inc,    PO Box 371-034,    Pittsburgh, PA 15251-7034
18385929     +Somesnick Sales,    29 S. LaSalle Street, Suite 340,    Chicago, IL 60603-1556
18385930     +Spence Engineering,    150 Coldenham Road,    Walden, NY 12586-2909
18385931     +Star Pro Shop,    37 E. Lorraine Ave,    Addison, IL 60101-4620
18385932     +Steinberg Advisors,    5 Revere Drive,    Northbrook, IL 60062-8005
18385933     +Steiner Electric,    1250 Touhy Ave,    Elk Grove Village, IL 60007-4985
18385934     +Techline Manufacturing,     30852 State Highway 181,    Spanish Fort, AL 36527-5693
18385935     +Titan Flow Control,    290 Corporate Drive,    Lumberton, NC 28358-1110
18385939     +UPS Freight,    28013 Network Place,    Chicago, IL 60673-1280
18385940     +USA Bluebook,    PO Box 9004,    Gurnee, IL 60031-9004
18385937     +Underwriters Lab,    PO Box 75330,    Chicago, IL 60675-5330
18385938     +United Parcel Services,     Lock Box 577,    Carol Stream, IL 60132-0577
18385941     +Vanton Pump and Equipment Co,     201 Sweetland Avenue,    Hillside, NJ 07205-1756
18385943      Vincent Robertelli,    Giagnorio & Robertelli, Ltd.,    PO Box 726,    Bloomingdale, IL 60108-0726
18385944     +Vincent Solano,    1019 School Street,    Lisle, IL 60532-1870
18385945     +Walchem Corp,    5 Boynton Road,    Holliston, MA 01746-1446
18385946     +West Suburban Bank,    c/o Gina B. Krol,    105 W. Madison St., Ste. 1100,    Chicago, IL 60602-4600
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18385826     +E-mail/Text: bbagby@automationdirect.com Oct 20 2012 00:08:06      Automation Direct,
                PO Box 402417,    Atlanta, GA 30384-2417
18385844     +E-mail/Text: legalcollections@comed.com Oct 20 2012 00:06:50      Comed Bankrutpcy Group,
                2100 Swift Dr.,    Oak Brook, IL 60523-1559
18385856     +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 20 2012 00:13:45      Discover Financial,
                Attention: Bankruptcy Department,    PO Box 3025,    New Albany, OH 43054-3025
18385874     +E-mail/Text: scd_bankruptcynotices@grainger.com Oct 20 2012 00:09:10      Grainger,
                5959 W. Howard Street,    Niles, IL 60714-4089
18385884     +E-mail/Text: loiss@indelco.com Oct 20 2012 00:08:28      Indelco Plastics,    6530 Cambridge St.,
                Minneapolis, MN 55426-4484
18870722     +E-mail/Text: bankrup@nicor.com Oct 20 2012 00:04:55      Nicor Gas,    Po box 549,
                Aurora il 60507-0549
18385908     +E-mail/Text: bankrup@nicor.com Oct 20 2012 00:04:56      Nicor Gas,
                Attention: Bankruptcy Department,    1844 Ferry Road,    Naperville, IL 60563-9662
18385910     +E-mail/Text: davidito@normanequipment.com Oct 20 2012 00:07:48      Norman Equipment,
                9850 S. Industrial Drive,    Bridgeview, IL 60455-2319
18758407     +E-mail/Text: bncmail@w-legal.com Oct 20 2012 00:09:31      PHARIA L.L.C.,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
18385936     +E-mail/Text: ulinecollections@uline.com Oct 20 2012 00:10:36      Uline,    2200 S. Lakeside Drive,
                Waukegan, IL 60085-8311
18385942     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Oct 20 2012 00:11:18
                Verizon Wireless Bankruptcy Admin,    PO Box 3397,    Bloomington, IL 61702-3397
                                                                                              TOTAL: 11
```

```
District/off: 0752-1          User: mmyers              Page 3 of 4              Date Rcvd: Oct 19, 2012
                              Form ID: pdf006          Total Noticed: 135

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Philip V Martino,    Quarles & Brady LLP
18385822*      +American Express,    American Express Special Research,    PO Box 981540,   El Paso, TX 79998-1540
18385839*      +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
18385947*      +West Suburban Bank,    c/o Gina B. Krol,    105 W. Madison St., Ste. 1100,   Chicago, IL 60602-4600
18385827      ##+Bank of America,    PO Box 17054,    Wilmington, DE 19850-7054
18385948      ##+William A. Tiepe Associates,    3164 E. La Palma Ave., Suite C,    Anaheim, CA 92806-2811
                                                                                            TOTALS: 1, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 21, 2012**              **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1           User: mmyers                Page 4 of 4                  Date Rcvd: Oct 19, 2012
                               Form ID: pdf006             Total Noticed: 135
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2012 at the address(es) listed below:
              Gina B Krol    on behalf of Creditor   West Suburban Bank gkrol@cohenandkrol.com,
               jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Philip V Martino    philip.martino@quarles.com,
               pmartino@ecf.epiqsystems.com;jim.irving@DLApiper.com;colleen.greer@quarles.com;wemet@quarles.com
              Sarah   Baker    on behalf of Trustee Philip Martino sarah.baker@quarles.com
              William D Cherny    on behalf of Debtor Joseph Solari wcherny@wideopenwest.com
                                                                                             TOTAL: 5