JACK B. SCHMETTERER
**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF**
**DIVISION**

In re:                                    §
                                          §
SOLARI, JOSEPH ARCHIE                     §        Case No. 12-01992
                                          §
              Debtor(s)                   §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| *(Without deducting any secured claims)* | |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____ . The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/PHILIP V. MARTINO _____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Joseph Archie Solari |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO | | | | | |
| QUARLES & BRADY LLP | | | | | |
| QUARLES & BRADY LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AMS Mechanical Systems 140 E. Tower Dr. Burr Ridge, IL 60527 | | | | | |
| | Access One 820 West Jackson Blvd., 6th Floor Chicago, IL 60607 | | | | | |
| | Addison Electric 502 Factory Road Addison, IL 60101 | | | | | |
| | Addison Engraving 204 W. Ridge Road Villa Park, IL 60181 | | | | | |
| | Allied Waste 5050 W. Lake St. Melrose Park, IL 60160 | | | | | |
| | Alois Box 2000 Manheim Rd Melrose Park, IL 60160 | | | | | |
| | American Express American Express Special Research PO Box 981540 El Paso, TX 79998 | | | | | |
| | American Precision Supply 260 Industrial Dr. Hampshire, IL 60140 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Americare Hygiene 225 Laura Drive, Unit A Addison, IL 60101 | | | | | |
| | Automation Direct PO Box 402417 Atlanta, GA 30384 | | | | | |
| | BPH Pump and Equipment PO Box 755 McHenry, IL 60051 | | | | | |
| | Becker Equipment 83000 N. Gilmore Road Hamilton, OH 45015 | | | | | |
| | Beyond Components 5 Carl Thompson Road Westford, MA 01886 | | | | | |
| | Bob Jenson Snow Plowing PO Box 791 Wood Dale, IL 60191 | | | | | |
| | Bradley Supply Company PO Box 29096 Chicago, IL 60629 | | | | | |
| | Burkert Fluid Control Systems 2572 White Road Irvine, CA 92614 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bushnell Incorporated 2110 Oxford Road Des Plaines, IL 60018 | | | | | |
| | CSA International PO Box 66512 Chicago, IL 60666 | | | | | |
| | Cal Lab 17035 Westview Ave South Holland, IL 60473 | | | | | |
| | Canon Business Solutions 300 Commerce Square Blvd. Burlington, NJ 08016 | | | | | |
| | Chase PO Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase PO Box 15298 Wilmington, DE 19850 | | | | | |
| | Chicago Wilcox 16928 State Street South Holland, IL 60473 | | | | | |
| | Cole Parmer Instruments 13927 Collections Center Dr. Chicago, IL 60693 | | | | | |
| | Columbia Pipe 23671 Network Place Chicago, IL 60673 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Comed Bankrutpcy Group 2100 Swift Dr. Oak Brook, IL 60523 | | | | | |
| | Cooper Crouse Hinds 4300 Fortune Place, Suite A Melbourne, FL 32904 | | | | | |
| | Corkill Insurance 1699 Wall Street Suite 725 Mount Prospect, IL 60056 | | | | | |
| | Corrosion Fluid Products 1280 Lakeview Drive Romeoville, IL 60446 | | | | | |
| | Cresent Electric Supply PO Box 500 East Dubuque, IL 61025 | | | | | |
| | Custom Tag Service 5727 Lost Brook Court Saint Louis, MO 63151 | | | | | |
| | D&J Metalcraft 4451 N. Ravenswood Ave, Chicago, IL 60640 | | | | | |
| | Dell Financial Services Attn: Bankruptcy Dept. PO Box 81577 Austin, TX 78708 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Delta Equipment 2400 Wyecroft Road, Unit #4 Oakville, Ontario, Canada L6L6M8 | | | | | |
| | Design Tanks 612 W. Walnut Street Sioux Falls, SD 57104 | | | | | |
| | Designed View Corporation PO Box 3354 Saint Charles, IL 60174 | | | | | |
| | Discover Financial Attention: Bankruptcy Department PO Box 3025 New Albany, OH 43054 | | | | | |
| | Drydon Equipment Co. 2445 Westfield Drive, Suite 100 Elgin, IL 60124 | | | | | |
| | EMCO Flow Systems 2150 Miller Drive Longmont, CO 80501 | | | | | |
| | EWS Welding Supply 1161 McCabe Elk Grove Village, IL 60007 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Edward F. Hoffman 232 James Lane Naperville, IL 60540 | | | | | |
| | Edward Hoffman 232 James Lane Naperville, IL 60540 | | | | | |
| | Elan Engineering Corp PO Box 486 Hinsdale, IL 60522 | | | | | |
| | Electrical Control Distributor 740 Industrial Drive, Suite A Cary, IL 60013 | | | | | |
| | Englewood Electrical Supply 41 N. Lively Blvd. Elk Grove Village, IL 60007 | | | | | |
| | Environmental Water Solutions 1162 East Dominguez St. Carson, CA 90746 | | | | | |
| | Fedex Freight PO Box 10306 Palatine, IL 60055 | | | | | |
| | Fedex PO Box 94515 Palatine, IL 60094 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fibox 810 Cromwell Park Drive, Suite R Glen Burnie, MD 21060 | | | | | |
| | Flynn Metering 4115 Tonya Trail Hamilton, OH 45011 | | | | | |
| | Force Flow 2430 Stanwell Drive Concord, CA 94520 | | | | | |
| | GE Mathis 6100 S. Oak Park Ave. Chicago, IL 60638 | | | | | |
| | GE Water Process 4636 Somerton Road Feasterville Trevose, PA 19053 | | | | | |
| | Grainger 5959 W. Howard Street Niles, IL 60714 | | | | | |
| | Groquip PO Box 223252 Pittsburgh, PA 15251 | | | | | |
| | Grundfos Pumps 3215 Solutions Center Chicago, IL 60677 | | | | | |
| | Habonim Pumps 20 Romanelli Avenue South South Hackensack, NJ 07606 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hapman Conveyors PO Box 2321 Kalamazoo, MI 49003 | | | | | |
| | Henry Glick 2623 A.W. Emerald Court McHenry, IL 60050 | | | | | |
| | Home Depot Credit Services PO Box 653000 Dallas, TX 75265-3000 | | | | | |
| | IFM Effector PO Box 8538-307 Philadelphia, PA 19171 | | | | | |
| | ILL Process Equipment 821-A Albion Ave Schaumburg, IL 60193 | | | | | |
| | Indelco Plastics 6530 Cambridge St. Minneapolis, MN 55426 | | | | | |
| | Instruments Associates PO Box 95169 Palatine, IL 60095 | | | | | |
| | KB Logistics PO Box 5026 Woodridge, IL 60517 | | | | | |
| | Kenco Engineering 10001 E. 54th Street Tulsa, OK 74146 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kobold Instruments 1801 Parkway View Drive Pittsburgh, PA 15205 | | | | | |
| | Kodiak Controls 950 N. DuPage Ave Lombard, IL 60148 | | | | | |
| | Koflo Corp 309 Cary Point Drive Cary, IL 60013 | | | | | |
| | Lake Process Systems 72930 W. Commercial Avenue Barrington, IL 60010 | | | | | |
| | Lesman Instrument Corp 135 Bernice Drive Bensenville, IL 60106 | | | | | |
| | Liquiflo Equipment Co. 443 North Ave Garwood, NJ 07027 | | | | | |
| | M&R Electronic Systems 408 Campus Drive Arlington Heights, IL 60004 | | | | | |
| | Machinex Corp 225 James St. Bensenville, IL 60106 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Maher Lumber 301 West Irving Park Road Wood Dale, IL 60191 | | | | | |
| | McMaster Carr PO Box 7690 Chicago, IL 60685 | | | | | |
| | Mechanical Inc 225 Fencl Lane Hillside, IL 60162 | | | | | |
| | Misco Southwest 27101 Burbank, Suite B Foothill Ranch, CA 92610 | | | | | |
| | Mistras PO Box 405604 Atlanta, GA 30384 | | | | | |
| | Moore Industries 16650 Schoenborn North Hills, CA 91343 | | | | | |
| | Mullarkey & Associates PO Box 87618 Chicago, IL 60680 | | | | | |
| | Neptune Chemical Pump Co 295 DeKalb Pike North Wales, PA 19454 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Netzch Mohnopompen c/o Saul Ewing LLP 2 North Second St., 7th Floor Harrisburg, PA 17101 | | | | | |
| | Newark Electronics PO Box 94151 Palatine, IL 60094 | | | | | |
| | Newtek Data Systems 1845 Hicks Road Rolling Meadows, IL 60008 | | | | | |
| | Nicholas Solano DBA Vine Consulting 4255 Evergreen Drive Lisle, IL 60532 | | | | | |
| | Norcomm Public Utility PO Box 1406 Elmhurst, IL 60126 | | | | | |
| | Norman Equipment 9850 S. Industrial Drive Bridgeview, IL 60455 | | | | | |
| | Omega Engineering One Omega Drive Stamford, CT 06907 | | | | | |
| | Onyx Valve Co 835 Industrial Highway, Unit 4 Riverton, NJ 08077 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Palatine Welding 3848 Berdnick Rolling Meadows, IL 60008 | | | | | |
| | Pepperl & Fuchs PO Box 1463 New York, NY 10101 | | | | | |
| | Peters & Associates 1801 S. Meyers Road Oak Brook Terrace, IL 60181 | | | | | |
| | Porter Pipe & Supply 303 S. Rohlwing Road Addison, IL 60101 | | | | | |
| | Premier Propane 1051 N. Main Street, Suite D Lombard, IL 60148 | | | | | |
| | Primary Fluid Systems 1050 Cooke Blvd Burlington, ON, Canada L7T4A8 | | | | | |
| | Process Kana PO Box 94 Murrysville, PA 15668 | | | | | |
| | Pump Supply 860 Church Road Elgin, IL 60123 | | | | | |
| | Quality Lift Truck 580 Vista Ave Addison, IL 60101 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | RJ Drews Company 1431 East Algonquin Arlington Heights, IL 60005 | | | | | |
| | Ralph Okrie 4504 Blackhawk Lane Lisle, IL 60532 | | | | | |
| | Robert James Sales PO Box 7999 Buffalo, NY 14225 | | | | | |
| | Rohrback Cosasco 11841 Smith Avenue Santa Fe Springs, CA 90670 | | | | | |
| | Rose Industrial 520 Bonnie Lane Elk Grove Village, IL 60007 | | | | | |
| | Siemens 1901 W. Garden Road Vineland, NJ 08380 | | | | | |
| | Siemens Industry Inc PO Box 371-034 Pittsburgh, PA 15251 | | | | | |
| | Somesnick Sales 29 S. LaSalle Street, Suite 340 Chicago, IL 60603 | | | | | |
| | Spence Engineering 150 Coldenham Road Walden, NY 12586 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Star Pro Shop 37 E. Lorraine Ave Addison, IL 60101 | | | | | |
| | Steinberg Advisors 5 Revere Drive Northbrook, IL 60062 | | | | | |
| | Steiner Electric 1250 Touhy Ave Elk Grove Village, IL 60007 | | | | | |
| | Techline Manufacturing 30852 State Highway 181 Spanish Fort, AL 36527 | | | | | |
| | Titan Flow Control 290 Corporate Drive Lumberton, NC 28358 | | | | | |
| | UPS Freight 28013 Network Place Chicago, IL 60673 | | | | | |
| | USA Bluebook PO Box 9004 Gurnee, IL 60031 | | | | | |
| | Uline 2200 S. Lakeside Drive Waukegan, IL 60085 | | | | | |
| | Underwriters Lab PO Box 75330 Chicago, IL 60675 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | United Parcel Services Lock Box 577 Carol Stream, IL 60132 | | | | | |
| | Vanton Pump and Equipment Co 201 Sweetland Avenue Hillside, NJ 07205 | | | | | |
| | Verizon Wireless Bankruptcy Admin PO Box 3397 Bloomington, IL 61702 | | | | | |
| | Vincent Solano 1019 School Street Lisle, IL 60532 | | | | | |
| | Walchem Corp 5 Boynton Road Holliston, MA 01746 | | | | | |
| | West Suburban Bank 711 S. Westmore/Meyers Road Lombard, IL 60148 | | | | | |
| | William A. Tiepe Associates 3164 E. La Palma Ave., Suite C Anaheim, CA 92806 | | | | | |
| 000007 | DE LAGE LANDEN FINANCIAL SERVICES | | | | | |
| 7000005 | ENVIRONMENTAL WATER SOLUTIONS, INC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | NICOR GAS | | | | | |
| 000001 | WEST SUBURBAN BANK | | | | | |
| 000003 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000002 | FIA CARD SERVICES NA AS SUCCESSOR I | | | | | |
| 000004 | PHARIA L.L.C. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No: | 12-01992 | JBS | Judge: JACK B. SCHMETTERER | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|---|---|

Case Name:    SOLARI, JOSEPH ARCHIE

Date Filed (f) or Converted (c):   01/20/12 (f)

341(a) Meeting Date:   03/07/12

For Period Ending:  03/28/13

Claims Bar Date:   06/08/12

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. | JAS TRUST CASH MANAGEMENT ACCOUNT XXX-X1211 MERRIL | 2,000.00 | 0.00 | | 0.00 | FA |
| 2. | CHECKING ACCT # XXXXX4401 ITASCA BANK 308 W. IRVIN | 138.94 | 0.00 | | 0.00 | FA |
| 3. | JOSEPH A. SOLARI TTEE CASH MANAGEMENT ACCOUNT FOR | 83.44 | 0.00 | | 0.00 | FA |
| 4. | SAVINGS ACCT #XXXXX4420 ITASCA BANK 308 W. IRVIN | 267.83 | 0.00 | | 0.00 | FA |
| 5. | 3 END TABLES, 2 COUCHES, 2 ARMLESS CHAIRS, WOODEN | 2,872.50 | 0.00 | | 0.00 | FA |
| 6. | 300 VARIOUS BOOKS, LOCATION: 118 ASHLAND AVE., RIV | 0.00 | 0.00 | | 0.00 | FA |
| 7. | NECESSARY WEARING APPAREL LOCATION: 118 ASHLAND AV | 200.00 | 0.00 | | 0.00 | FA |
| 8. | SKIS & BOOTS LOCATION: 118 ASHLAND AVE., RIVER FOR | 0.00 | 0.00 | | 0.00 | FA |
| 9. | IRRA/MLPA ACCT #XXX-X1636 MERRILL LYNCH WEALTH MAN | 75,905.94 | 0.00 | | 0.00 | FA |
| 10. | ROTH IRA ACCT #XXX-X1096 MERRILL LYNCH WEALTH MANA | 6,374.93 | 0.00 | | 0.00 | FA |
| 11. | IRRA ACCOUNT #XXX-X2372 MERRILL LYNCH WEALTH MANAG | 96,370.92 | 0.00 | | 0.00 | FA |
| 12. | IRRA XXX-X2373 MERRILL LYNCH WEALTH MANAGEMENT 218 | 100,001.54 | 0.00 | | 0.00 | FA |
| 13. | STOCK  - CHEM-FLOW INC. | 68,000.00 | 0.00 | | 0.00 | FA |
| 14. | JOSEPH GST EXEMPT TRUST JOSEPH A. SOLARI TRUSTEE 1 | 0.00 | 0.00 | | 0.00 | FA |
| 15. | 2009 ACURA MDX 42,000 MILES LOCATION: 118 ASHLAND | 24,825.00 | 0.00 | | 24,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $377,041.04 | $0.00 | | $24,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 12-01992   JBS   Judge: JACK B. SCHMETTERER | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | SOLARI, JOSEPH ARCHIE | Date Filed (f) or Converted (c): | 01/20/12 (f) |
| | | 341(a) Meeting Date: | 03/07/12 |
| | | Claims Bar Date: | 06/08/12 |

Initial Projected Date of Final Report (TFR): 08/01/12      Current Projected Date of Final Report (TFR): 12/31/12

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 22)*

Ver: 17.01

**FORM 2**

Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 12-01992   JBS | | | Trustee Name: | | PHILIP V. MARTINO |
| Case Name: | SOLARI, JOSEPH ARCHIE | | | Bank Name: | | Congressional Bank |
| | | | | Account Number / CD #: | | *******6518  Congressional Bank - Checking Accou |
| Taxpayer ID No: | *******7327 | | | | | |
| For Period Ending: | 03/28/13 | | | Blanket Bond (per case limit): | | $  5,000,000.00 |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 04/03/12 | 15 | CarMax, Inc. | | 24,000.00 | | 24,000.00 |
| 04/03/12 | 000301 | Joseph Archie Solari | EXEMPTION IN VEHICLE | | 4,400.00 | 19,600.00 |
| 12/06/12 | 000302 | PHILIP V. MARTINO | Chapter 7 Compensation/Fees | | 2,710.00 | 16,890.00 |
| | | QUARLES & BRADY LLP | | | | |
| | | SUITE 4000 | | | | |
| | | 300 NORTH LASALLE STREET | | | | |
| | | CHICAGO, IL  60654 | | | | |
| 12/06/12 | 000303 | Quarles & Brady LLP | Attorney for Trustee Fees (Trustee | | 1,560.52 | 15,329.48 |
| | | Suite 4000 | | | | |
| | | 300 North LaSalle Street | | | | |
| | | Chicago, IL  60654 | | | | |
| 12/06/12 | 000304 | West Suburban Bank | Claim 000001, Payment 1.55908% | | 14,042.10 | 1,287.38 |
| | | c/o Gina B. Krol | (1-1) Judgment entered | | | |
| | | 105 W. Madison St., Ste. 1100 | 11/23/11 | | | |
| | | Chicago, IL 60602 | (1-1) Modified on 3/16/12 to correct creditors address. | | | |
| 12/06/12 | 000305 | FIA CARD SERVICES NA as successor in interest to | Claim 000002, Payment 1.55908% | | 535.75 | 751.63 |
| | | Bank of America NA (USA) and MBNA | (2-1) Modified on 04/09/2012 to | | | |
| | | PO Box 15102 | correct creditor's name (MG) | | | |
| | | Wilmington, DE 19886-5102 | | | | |
| 12/06/12 | 000306 | American Express Bank, FSB | Claim 000003, Payment 1.55905% | | 129.24 | 622.39 |
| | | c o Becket and Lee LLP | (3-1) CREDIT CARD DEBT | | | |
| | | POB 3001 | | | | |
| | | Malvern, PA 19355-0701 | | | | |
| 12/06/12 | 000307 | PHARIA L.L.C. | Claim 000004, Payment 1.55888% | | 16.29 | 606.10 |
| | | C O WEINSTEIN AND RILEY, PS | | | | |
| | | 2001 WESTERN AVENUE, STE 400 | | | | |
| | | SEATTLE, WA 98121 | | | | |
| 12/06/12 | 000308 | De Lage Landen Financial Services | Claim 000007, Payment 1.55908% | | 570.28 | 35.82 |
| | | dba Cisco Capital | | | | |

| | | | |
|---|---|---|---|
| | Page Subtotals | 24,000.00 | 23,964.18 |

LFORM2

Ver: 17.01

**UST Form 101-7-TDR (5/1/2011)** *(Page: 23)*

FORM 2                                                                                              Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                    Exhibit 9

Case No:          12-01992    JBS                     Trustee Name:        PHILIP V. MARTINO
Case Name:        SOLARI, JOSEPH ARCHIE               Bank Name:           Congressional Bank
                                                      Account Number / CD #:    *******6518  Congressional Bank - Checking Accou

Taxpayer ID No:   *******7327
For Period Ending: 03/28/13                           Blanket Bond (per case limit):  $  5,000,000.00
                                                      Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/06/12 | 000309 | 1111 Old Eagle School Road<br>Wayne, PA 19087<br>Environmental Water Solutions, Inc<br>Rita Rizor | Claim 7000005, Payment 1.55930% | | 31.54 | 4.28 |
| 12/06/12 | 000310 | 1162 E Dominguez Street<br>Carson, CA 90746<br>Nicor Gas<br>Po box 549<br>Aurora il 60507 | | | 4.28 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 24,000.00 | 24,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 24,000.00 | 24,000.00 | |
| Less:  Payments to Debtors | | 4,400.00 | |
| Net | 24,000.00 | 19,600.00 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Congressional Bank - Checking Accou - *******6518 | 24,000.00 | 19,600.00 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 24,000.00 | 19,600.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00              35.82